DARRYL HOLLIS *v.* COMMISSIONER OF
CORRECTION
(AC 23200)

Foti, West and McLachlan, Js.

Submitted on briefs November 21—officially released December 23, 2003

*Francis L. O'Reilly,* special public defender, filed a
brief for the appellant (petitioner).

*Michael Dearington,* state's attorney, *Christopher T.
Godialis,* assistant state's attorney, and *Paul J. Ferencek,* senior assistant state's attorney, filed a brief for
the appellee (respondent).

*Opinion*

PER CURIAM. The petitioner, Darryl Hollis, appeals
from the judgment of the habeas court dismissing his
amended petition for a writ of habeas corpus. On
appeal, he claims that the court abused its discretion
in denying his petition for certification to appeal from
the dismissal of his petition for a writ of habeas corpus.
The petitioner's statement of issues and his brief are
limited to that single claim.[1] The record is clear, however, that the court granted his petition for certification
to appeal. Although the petitioner's sole claim is
unfounded in the record, we will review the entire

---

[1] Although the petitioner briefed only that issue, his brief does address,
to some extent, the merits of his underlying claim of ineffective assistance
of counsel.

record and the briefs to determine whether the judgment of the court should be reversed on its merits. See *Mason* v. *Commissioner of Correction*, 80 Conn. App. 142, 145, 832 A.2d 1216 (2003).

"For the petitioner to prevail on his [underlying] claim of ineffective assistance of counsel, he must establish both that his counsel's performance was deficient and that there is a reasonable probability that, but for the counsel's mistakes, the result of the proceeding would have been different." *White* v. *Commissioner of Correction*, 58 Conn. App. 169, 170, 752 A.2d 1159 (2000), citing *Strickland* v. *Washington*, 466 U.S. 668, 694, 104 S. Ct. 2052, 80 L. Ed. 2d 674 (1984). After reviewing the record and briefs, we conclude that the petitioner has failed to sustain his burden.

The judgment is affirmed.